In the Matter of CITY OF NEW YORK, Petitioner, v. JOSEPH H. MURPHY et al., Constituting the State Tax Commission, Respondents.—

Reynolds, J, P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.